IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JORDAN DESIR, individually and on behalf of all others similarly situated, | § | |
| Plaintiff, | § | |
| V. | § | No. 3:26-cv-2083-L-BN |
| NELSON UNIVERSITY, | § | |
| Defendant. | § | |

---

| | | |
|---|---|---|
| COURTNEY PUGH, individually and on behalf of all others similarly situated, | § | |
| Plaintiff, | § | |
| V. | § | No. 3:26-cv-2548-L-BN |
| NELSON UNIVERSITY, | § | |
| Defendant. | § | |

---

| | | |
|---|---|---|
| DAVIAN MIGUEL YZQUIERDO, on behalf of himself and all others similarly situated, | § | |
| Plaintiff, | § | |
| V. | § | No. 3:26-cv-2557-L-BN |
| NELSON UNIVERSITY, | § | |
| Defendant. | § | |

---

| | | |
|---|---|---|
| DAVID SPINKS, on behalf of himself and all others similarly situated, | § | |
| Plaintiff, | § | |
| V. | § | No. 3:26-cv-2667-L-BN |
| NELSON UNIVERSITY, | § | |
| Defendant. | § | |

| | | |
|---|---|---|
| CALEB NUNN, individually and on behalf of all others similarly situated, | § | |
| Plaintiff, | § | |
| V. | § | No. 3:26-cv-2918-L-BN |
| NELSON UNIVERSITY, | § | |
| Defendant. | § | |

**ORDER CONSOLIDATING ACTIONS, ADMINISTRATIVELY CLOSING CASES, APPOINTING INTERIM CO-LEAD CLASS COUNSEL, AND REQUIRING CONSOLIDATED COMPLAINT AND RESPONSE**

Under Federal Rule of Civil Procedure 42 and Northern District of Texas Local Civil Rule 42.1, the Court finds that the above-captioned case should be CONSOLIDATED.

Under Local Civil Rule 42.1, all pleadings, motions, or other papers shall be filed in the first-filed case, *Desir v. Nelson University* ("*Desir*"), and bear only the caption of that case, together with the legend required by Local Civil Rule 42.1.

The consolidated actions remain referred to the undersigned United States magistrate judge for pretrial management.

And, other than *Desir*, the Clerk of Court shall ADMINISTRATIVELY CLOSE the above-captioned cases for statistical purposes.

As to any potentially related actions that are subsequently filed in, transferred to, or removed to this Court, in addition to the notice required by Northern District of Texas Local Civil Rule 3.3, a notice of that subsequent action shall be filed in *Desir*. And, if a motion to consolidate that subsequent action is filed, the Court will consider the motion. But the Court is not inclined to consolidate into these actions subsequent cases that do not arise from the same common nucleus of operative facts (i.e., the same data breach).

Under Federal Rule of Civil Procedure 23(g), the Court hereby APPOINTS as Interim Co-Lead Class Counsel: Scott J. Falgoust of Bryson Harris Suciu & DeMay PLLC; Melissa G. Meyer of Levi & Korsinsky, LLP; Camile Alvarez of Strauss Borrelli PLLC; and Leanna A. Loginov of Shamis & Gentile, P.A.

Interim Co-Lead Class Counsel shall act on behalf of Plaintiffs and the putative class members, with the responsibilities set forth below:

- Determine and present (in briefs, oral argument, or such other fashion as may be appropriate, personally or by a designee) to the Court and opposing parties the position of the Plaintiffs on all matters arising during pretrial proceedings;
- Coordinate the initiation and conduct of discovery on behalf of Plaintiffs and the putative class consistent with the requirements of the Federal Rules of Civil Procedure;

- Convene meetings amongst counsel;
- Conduct settlement negotiations on behalf of Plaintiffs and the putative class(es);
- Negotiate and enter into stipulations with opposing counsel as necessary for the conduct and efficient advancement of the litigation;
- Monitor the activities of all counsel to ensure that schedules are being met and unnecessary expenditures of time and funds are avoided;
- Perform such other duties as may be incidental to the proper coordination of Plaintiffs' pretrial activities or authorized by further order of this Court;
- Serve as the primary contacts for communications between the Court and other Plaintiffs' counsel;
- Ensure that all notices, orders, and material communications are properly distributed (to the extent that they are not otherwise served on Plaintiffs' counsel via the Court's electronic filing system);
- Communicate with defense counsel as necessary to promote the efficient advancement of this litigation; and
- Make available to other Plaintiffs' counsel documents produced by the Defendant.

Plaintiffs' consolidated complaint must be filed by **November 16, 2026**.

Defendant's response to the consolidated complaint must be filed by **December 31, 2026**.

And, after that response is filed, the Court will enter further orders as to pretrial case management.

SO ORDERED.

DATED: October 14, 2026

DAVID L. HORAN
UNITED STATES MAGISTRATE JUDGE