**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| **JORDAN DESIR**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**NELSON UNIVERSITY**,<br><br>Defendant. | Case No. 3:26-cv-02083-L-BN<br><br>(Consolidated with 3:26-cv-2548, 3:26-cv-2557, 3:26-cv-2667, 3:26-cv-2918) |

**UNOPPOSED MOTION TO SUBSTITUTE**
**<u>INTERIM CO-LEAD CLASS COUNSEL</u>**

Melissa G. Meyer and Tyler A. Litke of Levi & Korsinsky, LLP respectfully move this Court for an Order permitting the substitution of Tyler A. Litke of Levi & Korsinsky, LLP as Interim Co-Lead Class Counsel in place of Melissa G. Meyer of Levi & Korsinsky, LLP. In support thereof, Melissa G. Meyer and Tyler A. Litke state as follows:

1. On October 14, 2026, this Court entered an Order Consolidating Actions, Administratively Closing Cases, Appointing Interim Co-Lead Class Counsel, and Requiring Consolidated Complaint and Response. ECF No. 13.

2. Pursuant to that Order, the Court appointed Scott J. Falgoust of Bryson Harris Suciu & DeMay PLLC, Melissa G. Meyer of Levi & Korsinsky, LLP, Camile Alvarez of Strauss Borrelli PLLC, and Leanna A. Loginov of Shamis & Gentile, P.A. as Interim Co-Lead Class Counsel pursuant to Federal Rule of Civil Procedure 23(g).

3. Ms. Meyer seeks leave to withdraw as Interim Co-Lead Counsel due to her departure from the firm, effective October 23, 2026.

4. Ms. Meyer inadvertently failed to timely request *pro hac vice* admission in this action prior to the Court appointing her as one of the Interim Co-Lead Class Counsel, and upon discovery, had already given notice of her impending departure from the firm, thereby rendering a need for her *pro hac vice* admission in this case moot.

5. Ms. Meyer and Mr. Litke respectfully request that Tyler A. Litke, also of Levi & Korsinsky, LLP, be substituted for Ms. Meyer as Interim Co-Lead Class Counsel pursuant to Federal Rule of Civil Procedure 23(g)(3) and Northern District of Texas Local Civil Rule 83.12(d), subject to his admission *pro hac vice*, which is currently pending.

6. Mr. Litke is an attorney with Levi & Korsinsky, LLP and is qualified to assume the responsibilities of Interim Co-Lead Class Counsel. (*See* ECF No. 9-2, Levi & Korsinsky, LLP Firm Resume). His substitution will allow the firm to continue its representation of Plaintiffs and the putative class without interruption.

7. Mr. Falgoust, Ms. Alvarez, and Ms. Loginov do not oppose the relief sought.

8. Pursuant to Local Rule 7.1, Ms. Meyer and Mr. Litke conferred with Counsel for Defendant, Josh Fuller of Bell Nunnally & Martin, LLP, on October 20, 2026. Defendant does not oppose the relief sought.

9. The proposed substitution will not alter the existing leadership structure, except to replace Ms. Meyer with Mr. Litke. All other appointments and provisions of the Court's October 14, 2026, Order shall remain unchanged.

10. The requested substitution will not prejudice any party, disrupt the orderly administration of this litigation, or delay any existing deadlines, including the November 16, 2026, deadline for filing the consolidated complaint.

11. Pursuant to Northern District of Texas Local Civil Rule 83.12(d), the requested substitution will affect both the withdrawal of Ms. Meyer and the substitution of Mr. Litke upon entry of the Court's Order.

12. The requested substitution is consistent with Federal Rule of Civil Procedure 23(g) and will serve the interests of the efficient and effective prosecution of this consolidated action.

WHEREFORE, Ms. Meyer and Mr. Litke respectfully request that the Court grant this Motion, permit Ms. Meyer's withdrawal as Interim Co-Lead Class Counsel, appoint Tyler A. Litke of Levi & Korsinsky, LLP in Ms. Meyer's place, and grant such other relief as the Court deems just and proper.

Dated: October 22, 2026

Respectfully submitted,

*/s/ Leanna A. Loginov*
Leanna A. Loginov
**SHAMIS & GENTILE, P.A.**
2626 Cole Avenue, Suite 300
Dallas, Texas 75204
Tel: (305) 479-2299
lloginov@shamisgentile.com

Melissa G. Meyer
Tyler A. Litke*
**LEVI & KORSINSKY, LLP**
33 Whitehall Street, 27th Floor
New York, NY 10004
Tel: (212) 363-7500
Facsimile: (212) 363-7171
mmeyer@zlk.com
tlitke@zlk.com

*Attorneys for David Spinks*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 22, 2026, I electronically filed the foregoing Unopposed Motion To Substitute Interim Co-Lead Class Counsel with the Clerk of the Court using the Court's CM/ECF system, which will automatically send notification of such filing to all counsel of record registered to receive electronic notice.

Dated: October 22, 2026

*/s/ Leanna A. Loginov*
Leanna A. Loginov